An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DOUGLAS LYDICK; AND PATRICIA
LYDICK,
Appellants,
vs.
ONE WEST BANK, FSB,
Respondent.

No. 63182

**FILED**

AUG 16 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the parties' August 12, 2013, stipulation, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Lidia Stiglich, District Judge
Mark L. Mausert
Brooks Bauer LLP
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-24169